IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| **Phyllis Missildine** | ) | CASE NO. 08-32453 |
| | ) | |
| | ) | |
| | ) | |
| **Debtor.** | ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor employer was issued a income withholding order on December 12, 2008. The employer failed to deduct the payment and send to the trustee which caused a default in trustee payments.

2. The Debtor's employer has started deducting the Chapter 13 payments and will send accordingly. (See attached paystub)

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 27 day of May, 2009.

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

  I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 27 day of May, 2009.

Hon. Curtis C. Reding  
Trustee in Chapter 13  
Post Office Box 173  
Montgomery, AL 36101

            /s/ Richard D. Shinbaum  
            Richard D. Shinbaum

ASSOCIATE NAME: PHYLLIS R MISSILDINE  ASSOCIATE ID: 123564544  PIN NO: 4207

| | TAX STATUS | NUMBER EXEMPT |
|---|---|---|
| FICA-MED | | 0 |
| FICA-OASDI | | 0 |
| FED INC TX | S | 0 |
| AL STATE | S | 0 |

PAY PERIOD BEGIN: 05/04/2009  CHECK DATE: 05/22/2009
PAY PERIOD END: 05/17/2009  CHECK NUMBER: 3881109

### EARNINGS

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 12.60 | 36.50 | 459.90 | 8,086.79 |
| REGULAR | 12.60 | 26.00 | 327.60 | 8,414.39 |
| REG ADJUST | 12.60 | .25- | 3.15- | 3.15- |
| OT ADJUST | 18.90 | 1.75- | 33.08- | 33.08- |
| SICK | 12.60 | 4.00 | 50.40 | 247.20 |
| HLTHASMTCR | .00 | .00 | 25.00 | 250.00 |
| RX | .00 | .00 | 11.00- | 120.75- |
| MEDICAL FT | .00 | .00 | 74.25- | 777.50- |
| VISION FT | .00 | .00 | 4.32- | 45.36- |
| DENTAL FT | .00 | .00 | 12.93- | 129.30- |
| 401K | .00 | .00 | 16.53- | 211.03- |
| BEREAVEMNT | .00 | .00 | .00 | 295.20 |
| S SHARING | .00 | .00 | .00 | 50.00 |
| OVERTIME | .00 | .00 | .00 | 42.42 |
| OTHER EARN | .00 | .00 | .00 | 1,260.05 |
| GROSS PAY: | | | 707.64 | 9,249.00 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| CRED GARN | .00 | 349.41- |
| BNKRUPTCY | 60.00 | 60.00 |
| STD | 10.04 | 109.35 |
| LTD | 7.68 | 83.65 |
| HOMER FUND | 2.00 | 22.00 |

### TAXES

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| FICA-MED | 10.50 | 137.17 |
| FICA-OASDI | 44.90 | 586.52 |
| FED INC TX | 58.53 | 977.92 |
| AL STATE | 26.11 | 346.57 |

NET PAY: 487.88  7,275.13

HOME DEPOT U.S.A. INC.